UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
JASON ALLEN WARREN                              CASE NO. 20-10571
3104 HERMON HILL COURT                          JUDGE BENJAMIN A. KAHN
GRAHAM, NC  27253

          DEBTOR

SSN(1) XXX-XX-0104                              DATE: 02/23/2021

---

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALAMANCE CO REGISTER OF DEEDS<br>P O BOX 837<br>GRAHAM, NC  27253 | $52.00<br>INT:  .00%<br>NAME ID:  1735<br>CLAIM #:  0018 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| ALAMANCE COUNTY TAX<br>124 W ELM STREET<br>GRAHAM, NC  27253 | $0.00<br>INT:  .00%<br>NAME ID:  2794<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| BROOKE GREGORY<br>3104 HARMON HILL CT<br>GRAHAM, NC  27253 | $0.00<br>INT:  .00%<br>NAME ID:  182646<br>CLAIM #:  0016 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $6,400.44<br>INT:  .00%<br>NAME ID:  181492<br>CLAIM #:  0009 | (U) UNSECURED<br><br>ACCT:  2213<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $1,143.76<br>INT:  .00%<br>NAME ID:  181492<br>CLAIM #:  0010 | (U) UNSECURED<br><br>ACCT:  3028<br>COMMENT: |
| ECMC<br>LOCKBOX #8682<br>P O BOX 16478<br>ST PAUL, MN  55116-0478 | $13,969.11<br>INT:  .00%<br>NAME ID:  150028<br>CLAIM #:  0015 | (U) UNSECURED<br><br>ACCT:  0104<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID:  123770<br>CLAIM #:  0002 | (P) PRIORITY<br>NOT FILED<br>ACCT:  0104<br>COMMENT: |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $796.52<br>INT:  .00%<br>NAME ID:  177188<br>CLAIM #:  0011 | (U) UNSECURED<br><br>ACCT:  1278<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| LAUREN CAPPS<br>2224 E CHAPEL HILL RD<br>GRAHAM, NC  27253 | $0.00<br>INT:  .00%<br>NAME ID: 182644<br>CLAIM #:  0003 | (W) CHILD SUPPORT/ALIMONY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0004 | (P) PRIORITY<br>NOT FILED<br>ACCT: 0104<br>COMMENT: |
| NATIONSTAR MORTGAGE LLC DBA MR COOPER<br>BANKRUPTCY DEPT<br>P O BOX 619094<br>DALLAS, TX  75261-9741 | MONTHLY PMT  $1,197.03<br>INT:  .00%<br>NAME ID: 172877<br>CLAIM #:  0005 | (H) ONGOING-SECURED<br><br>ACCT: 6362<br>COMMENT:  DT RERP,CTD EFF OCT20,920A |
| NATIONSTAR MORTGAGE LLC DBA MR COOPER<br>BANKRUPTCY DEPT<br>P O BOX 619094<br>DALLAS, TX  75261-9741 | $3,591.09<br>INT:  .00%<br>NAME ID: 172877<br>CLAIM #:  0006 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 6362<br>COMMENT:  ARR JUL THRU SEPT20,920A |
| NATIONSTAR MORTGAGE LLC DBA MR COOPER<br>BANKRUPTCY DEPT<br>P O BOX 619094<br>DALLAS, TX  75261-9741 | $7,026.90<br>INT:  .00%<br>NAME ID: 172877<br>CLAIM #:  0007 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 6362<br>COMMENT:  ARR THRU JUN20,920A |
| NATIONSTAR MORTGAGE LLC DBA MR COOPER<br>BANKRUPTCY DEPT<br>P O BOX 619094<br>DALLAS, TX  75261-9741 | $450.00<br>INT:  .00%<br>NAME ID: 172877<br>CLAIM #:  0019 | (H2) POST-PETITION FEES-SECURED<br><br>ACCT: 6362<br>COMMENT:  POST PET FEES,1120A |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $1,369.92<br>INT:  .00%<br>NAME ID: 68146<br>CLAIM #:  0012 | (U) UNSECURED<br><br>ACCT: 2296<br>COMMENT:  CITIBANK/BESTBUY |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $976.18<br>INT:  .00%<br>NAME ID: 68146<br>CLAIM #:  0013 | (U) UNSECURED<br><br>ACCT: 4391<br>COMMENT: |
| SUNTRUST BANK NOW TRUIST BANK<br>TRUIST BANK DDA RECOVERY<br>P O BOX 85041/VA RVW 3434<br>RICHMOND, VA  23285-5041 | $236.20<br>INT:  .00%<br>NAME ID: 180828<br>CLAIM #:  0017 | (U) UNSECURED<br><br>ACCT: 5568<br>COMMENT: |
| TRULIANT FEDERAL CREDIT UNION<br>P O BOX 25132<br>WINSTON SALEM, NC  27114 | $20,118.27<br>INT:  .00%<br>NAME ID: 66723<br>CLAIM #:  0008 | (U) UNSECURED<br><br>ACCT: 7003<br>COMMENT: |
| TRULIANT FEDERAL CREDIT UNION<br>P O BOX 25132<br>WINSTON SALEM, NC  27114 | $6,907.64<br>INT:  .00%<br>NAME ID: 66723<br>CLAIM #:  0014 | (U) UNSECURED<br><br>ACCT: 3814<br>COMMENT: |
| **TOTAL:** | **$64,235.06** | |

PAGE 3  -  CHAPTER 13 CASE NO. 20-10571

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| DAMON DUNCAN ESQ<br>628 GREEN VALLEY RD STE 304<br>GREENSBORO, NC  27408 | $4,000.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

        Clerk, U.S. Bankruptcy Court
        101 S. Edgeworth Street
        P.O. Box 26100
        Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  02/23/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice